UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:20-05486 DSF (ADSx)　　　　　　　　　　Date: January 18, 2022

Title: *Diamond Resorts U.S. Collection Development, LLC, et al. v. Pandora Marketing, LLC d/b/a Timeshare Compliance, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER**

　　On January 7, 2022, the Court issued an order which required Plaintiffs and the relevant defendants to meet and confer regarding an out of court resolution of the pending motions to quash [Dkt. Nos. 534, 552]. (Dkt. No. 555.) The Court ordered the filing of either a status report or a stipulation/notice of withdrawal of the pending motions by no later than January 17, 2022. However, according to the docket for this matter, no responsive status report, notice or stipulation was filed by January 17, 2022.

　　Plaintiffs and defendants Pandora Marketing, LLC and Intermarketing Media, LLC are ordered to show cause why they should not be sanctioned for failure to comply with this Court's order. These parties may respond by filing a status report, stipulation or notice as described in the January 7, 2022 Order, along with an explanation for failing to do so by the ordered deadline. **The response to this OSC is due by no later than Thursday, January 20, 2022.**

　　IT IS SO ORDERED.

Initials of Clerk kh