1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>PANDORA MARKETING, LLC d/b/a TIMESHARE COMPLIANCE, *et al.*,<br><br>       Defendants.<br><br>AND ALL RELATED COUNTER-ACTIONS. | Case No.: 2:20-cv-05486-DSF-ADS<br><br>**STIPULATED FINAL PERMANENT INJUNCTION AS TO DEFENDANTS MIRANDA MCCROSKEY AND MIRANDA DEMPSEY, APLC D/B/A MCCROSKEY LEGAL** |

**THIS CAUSE** is before the Court upon the Joint Stipulation of Plaintiffs Diamond  Resorts U.S. Collection Development, LLC and Diamond Resorts Hawaii Collection Development, LLC (collectively, "Diamond" or "Plaintiffs") (all located at 10600 West Charleston Blvd., Las Vegas, Nevada) and Defendants Miranda McCroskey and Miranda Dempsey, APLC d/b/a McCroskey Legal (collectively, "McCroskey Defendants") (all located at 137 S. Prospect Ave., Tustin, California), for the entry of a stipulated final permanent injunction pursuant to Federal Rule of Civil Procedure 65(d).

1.    Diamond filed a Complaint against Pandora Marketing, LLC d/b/a Timeshare Compliance and Intermarketing Media, LLC d/b/a Resort Advisory Group in the United States District Court for the Southern District of Florida, *Diamond Resorts U.S. Collection Dev., LLC v. Pandora Mktg., LLC d/b/a Timeshare Compliance*, Case No. 9:20-cv-80143 (the "Lawsuit") on January 31, 2020, and on May 6, 2020 filed a First Amended Complaint adding Miranda McCroskey and McCroskey Legal, among other defendants, to the Lawsuit.

2.    On June 19, 2020, the United States District Court for the Southern District of Florida transferred the Lawsuit to the United States District Court for the Central District of California, Case No. 2:20-cv-05486 before Judge Dale S. Fischer and Magistrate Judge Autumn Spaeth ("the Court").

3.    On January 15, 2021, Diamond filed a Fourth Amended Complaint against Miranda McCroskey and McCroskey Legal, among others, which is now the operative complaint in the Lawsuit.  Diamond has made claims against Miranda McCroskey and McCroskey Legal for (1) Contributory Violation of the Lanham Act, 15 U.S.C. § 1125(a)(1) (Doc. 307, Count VII); (2) Tortious Interference with Contractual Relations (Doc. 307, Count VIII); (3) Civil Conspiracy (Doc. 307, Count X); (4) Unfair Competition, Cal. Bus. & Prof. Code § 17200, *et seq.* (Doc. 307, Count XII); (5) Intentional Interference with Prospective Economic Relations (Doc. 307, Count XIII); (6) Aiding Abetting Tortious Interference with Contractual Relations

(Doc. 307, Count XIV); (7) Aiding Abetting Intentional Interference with Prospective Economic Relations (Doc. 307, Count XV); and (8) Aiding Abetting Violations of California Business & Professions Code § 17200 and § 17500 (Doc. 307, Count XVI).

4.    Diamond, Miranda McCroskey, and McCroskey Legal stipulate to the entry of this Stipulated Permanent Injunction to resolve all matters in dispute in this Lawsuit between them.

5.    Miranda McCroskey and McCroskey Legal acknowledge the jurisdiction of this Court for purposes of entering and enforcing this Stipulated Permanent Injunction, and waive:

a.    Any further procedural steps;

b.    Any requirement that this Stipulated Permanent Injunction contain any findings of fact or conclusions of law; and

c.    Any right to appeal, seek judicial review, or otherwise challenge or contest the validity of this Stipulated Permanent Injunction.

6.    Miranda McCroskey and McCroskey Legal acknowledge and agree that they enter into this Stipulated Permanent Injunction knowingly and willfully and with full understanding of its terms, having reviewed them after due consideration, and with opportunity to have their own separate legal counsel review its terms as well.

## DEFINITIONS

"**DIAMOND**" refers collectively to Diamond Resorts International, Inc., Diamond Resorts U.S. Collection Development, LLC, and Diamond Resorts Hawaii Collection Development, LLC, the resorts listed on Exhibit A hereto, and any of their predecessors, successors, affiliates, agents, representatives, officers, directors, shareholders, employees, subsidiaries, parents, homeowners associations or any other affiliated organizations, and any individuals or entities working for Diamond, or acting on Diamond's behalf or at their direction, and their officers, directors, employees, representatives, agents, attorneys, consultants, and independent

contractors.  For the purposes of this Injunction, "Diamond" excludes any resort owned or operated by Hilton Grand Vacations, Inc. prior to the acquisition of Diamond Resorts International, Inc. by Hilton Grand Vacations, Inc., with such acquisition announced on or about March 10, 2021, and completed on or about August 2, 2021.

"**DIAMOND INTEREST**" refers to any Diamond timeshare interest, Diamond points-based program, or other Diamond vacation ownership interest of any kind, including, but not limited to, all current Diamond timeshare products and all legacy products affiliated with Diamond.

"**DIAMOND OWNER**" means: (a) a person who owns a Diamond Interest; (b) a person who has an existing payment obligation in favor of Diamond arising out of a Diamond Interest; or (c) a person who is otherwise an owner or member of any Diamond Interest, regardless of the form, in any resort listed on Exhibit A, or any resort acquired by or that becomes an affiliated resort of Diamond.

"**MCCROSKEY LEGAL**" refers to Miranda Dempsey, APLC d/b/a McCroskey Legal and any of its trade names, aliases, assumed names, fictious names, "doing business as" names, or the like, including any of McCroskey Legal's parents, subsidiaries, predecessors, successors, related or affiliated entities, agents, representatives, officers, directors, shareholders, employees, attorneys, consultants, independent contractors, and any other individuals or entities working for McCroskey Legal, or acting on McCroskey Legal's behalf or at its direction.

"**MIRANDA MCCROSKEY**" refers to Miranda McCroskey, an individual, citizen of the State of California, and member of the California Bar.

"**MCCROSKEY DEFENDANTS**" refers collectively to Miranda McCroskey and Miranda Dempsey, APLC d/b/a/ McCroskey Legal.

"**THIRD-PARTY EXIT COMPANY**" refers to Pandora Marketing, LLC d/b/a Timeshare Compliance, Intermarketing Media, LLC d/b/a Resort Advisory Group, and any individual or business that advertises, markets, solicits, or provides,

or alleges to provide (whether valid or not), any service represented whether expressly or by implication, to:

    a.   cancel, rescind, terminate, or otherwise effectuate an exit from a Diamond Interest;

    b.   cancel, rescind, terminate, reduce, or otherwise alleviate any Diamond Owner's payment obligation to Diamond and/or any homeowners association managed by or affiliated with Diamond, whether based upon a promissory note, mortgage, maintenance fee, credit card agreement, or any other contract;

    c.   assist any Diamond Owner in obtaining a refund of any payments made by the Diamond Owner to Diamond and associated with any Diamond Interest, including but not limited to, mortgage payments, maintenance fees, club dues, and/or the purchase price of the Diamond Interest;

    d.   represent, negotiate, obtain, or arrange a surrender, quit claim transfer, transfer back to an association, or a deed-in-lieu of foreclosure of a Diamond Interest;

    e.   offer or provide timeshare listing, resale, rental, financing, transfer, permanent or temporary trade-in, or other services or programs to any Diamond Owner;

    f.   provide, whether for profit or not for profit, any Diamond Owner with draft correspondence to send to Diamond, a governmental entity, regulator, or any consumer advocacy group, drafts or templates of papers or pleadings to be filed or submitted in any court action commenced in regard to a Diamond Interest and/or any payment obligation in favor of Diamond, or otherwise give any assistance, whether in the provision of forms, templates, samples, instructions or otherwise to any Diamond Owner; or

g.   provide advice or assistance in regard to any Diamond Owner's credit record, including, but not limited to, credit repair and debt validation services pertaining to a Diamond Interest.

"**TIMESHARE CANCELLATION SERVICES**" means services provided, on behalf of a Diamond Interest or Diamond Owner, with the objective to cancel, exit, terminate, discontinue, conclude, settle or otherwise end the contractual relationship between Diamond and the Diamond Owner. Timeshare Cancellation Services includes services provided to a Diamond Owner by the McCroskey Defendants.

## <u>MIRANDA MCCROSKEY'S AND MCCROSKEY LEGAL'S</u>
## <u>ENJOINED CONDUCT</u>

Miranda McCroskey and McCroskey Legal shall be **PERMANENTLY RESTRAINED AND ENJOINED** from providing Diamond Owners with Timeshare Cancellation Services or otherwise offering services which include the following activities:

a.   advising or inducing any Diamond Owner to stop making payments under their existing contracts, stop paying their loans, stop paying their maintenance fees, transfer their Diamond Interest, rescind or terminate their Diamond Interest, exit their Diamond Interest, or otherwise violate or breach their Diamond Interest, timeshare contracts, and/or memberships;

b.   marketing to, soliciting, or in any way communicating with or assisting others in marketing to, soliciting or communicating with any Diamond Owner concerning a Diamond Interest;

c.   preparing, causing to be prepared, or otherwise assisting any other person or entity to prepare, whether directly or indirectly, any correspondence directed to Diamond on behalf of any Diamond Owner;

d.  making or engaging in any disparaging statement or communication, whether oral, written, electronic, or otherwise, about or relating to Diamond;

e.  making any statement, advising, suggesting, or otherwise assisting any other person or entity in making any statement, that directs or suggests that a Diamond Owner stop making any payment related to their Diamond Interest;

f.  using, disseminating, selling, transferring, sharing, or otherwise providing to any person the names or contact information of any Diamond Owner related to a Diamond Interest and for the purpose of providing or assisting another to provide Timeshare Cancellation Services concerning that Diamond Interest;

g.  referring or directing any person known or believed to be a Diamond Owner to other persons or entities who offer or provide services as a Third-Party Exit Company, any law firm or attorney, or any other legal services organization engaged in exit services;

h.  accepting the referral of any Diamond Owner from any Third-Party Exit Company or other persons or entities who advertise, market, or solicit to timeshare owners for exit services, for the purposes of providing Timeshare Cancellation Services related to that Diamond Interest;

i.  preparing or transmitting, or otherwise assisting any other person or entity to prepare or transmit, whether directly or indirectly, on behalf of any Diamond Owner and relating to any Diamond Interest, any correspondence or complaints to any governmental agency or regulatory body, including without limitation the Federal Trade Commission, the Consumer Financial Protection Bureau, or any State's attorney general, except in compliance with a request by a government entity or as required by law or court order;

j.  shall not infringe on any Diamond intellectual property, copyrights, or registered trademarks, or any other registered trademark owned by or licensed to Diamond, in any published materials, promotions, advertising, marketing, online web content, correspondence, or in any other format whatsoever;

k.  participating in any form in the solicitation of Diamond Owners, including but not limited to solicitation by proxy, or the use of any third parties, whether or not affiliated with the McCroskey Defendants (including, without limitation, Exit Companies, law firms, timeshare resale and transfer companies, marketing companies, title companies, or closing companies) concerning the provision of Timeshare Cancellation Services related to any Diamond Interest;

l.  contacting and/or having any communication, written or otherwise, with any Diamond employee for any purpose related to obtaining contact information for Diamond Owners in relation to the provision of Timeshare Cancellation Services, unless done so with the prior written consent of counsel for Diamond;

m.  attempting to obtain, transmit, purchase, or sell Diamond Owner lists, check-in lists, sales records, or any proprietary or non-public Diamond business records or data, regardless of where or how such information was obtained; and/or

n.  maintaining a direct, indirect, whole, or partial ownership interest in a corporation, professional law corporation, limited liability company, general partnership, limited liability partnership, company, or any other association or business entity, that is providing Timeshare Cancellation Services to Diamond Owners related to a Diamond Interest.

- 8 -

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that:

The Court shall retain jurisdiction over Diamond and the McCroskey Defendants for a period of five (5) years for the purpose of construing, interpreting, implementing, and enforcing the terms of the Stipulated Permanent Injunction, including, but not limited to, the imposition of sanctions and civil fines as a result of any violation of the terms contained herein.

In the event that Miranda McCroskey and/or McCroskey Legal violate the terms of this Stipulated Permanent Injunction, Diamond, in addition to injunctive and other relief a court may provide, shall be entitled to liquidated damages in the amount of $1,000.00 per violation of this Stipulated Permanent Injunction, plus an additional $500.00 per diem for each day Miranda McCroskey and/or McCroskey Legal are found to have remained in violation after receiving written notice from Diamond of the violation.  The violation of any term of this Stipulated Permanent Injunction constitutes a separate violation with respect to each Diamond Owner who is the subject of such violation.  Diamond and the McCroskey Defendants stipulate for the purposes of this Stipulated Permanent Injunction that the damages for breaching this Injunction are speculative, that liquidated damages are appropriate in this instance, and that the amount of liquidated damages set forth in this Injunction is reasonable.

If any provision of this Stipulated Permanent Injunction shall be held invalid or unenforceable, the remainder shall nevertheless remain in full force and effect.  If any provision is held invalid or unenforceable with respect to particular circumstances, it shall nevertheless remain in full force and effect in all other circumstances.

1       Each party agrees to bear its own costs and attorney's fees and its portion of

2   any court costs.

3       IT IS SO ORDERED.

4   DATED:  February 17, 2022

5   Honorable Dale S. Fischer
    UNITED STATES DISTRICT JUDGE

6

7   Submitted by:
   Dated: February 11, 2022          **BAKER & HOSTETLER LLP**

8

9   By:   */s/ Albert G. Lin*
        Albert G. Lin

10

11  ***Attorneys for Plaintiffs and Counter-Defendants***
   DIAMOND RESORTS U.S. COLLECTION

12  DEVELOPMENT, LLC, and DIAMOND
   RESORTS HAWAII COLLECTION

13  DEVELOPMENT, LLC
   ***and Counter-Defendant***

14  DIAMOND RESORTS INTERNATIONAL, INC.

15

16  Dated: February 11, 2022          **WILSON, ELSER, MOSKOWITZ,**

17  **EDELMAN & DICKER, LLP**

18

19  By:   */s/ Amy L. Baker*
        Amy L. Baker

20

21  ***Attorneys for Defendants***
   MCCROSKEY LEGAL and MIRANDA
   MCCROSKEY, ESQ.

22

23

24

25

26

27  **L.R. 5-4.3.4 STATEMENT**

28

- 10 -

1   I, Albert G. Lin, attest that all signatories listed herein, and on whose behalf

2   this filing is submitted, concur in this filing's content, and have authorized this filing.

3   By: */s/ Albert G. Lin*

4   Albert G. Lin

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 11 -