Panda Kroll, SBN 211877
pkroll@pandakrollesq.com
PANDA KROLL ESQ. & ASSOCIATES
5999B Ridge View Street
Camarillo, CA 93012
Telephone: (805) 551-0773

*Attorneys for Defendant Pandora Marketing, LLC, dba Timeshare Compliance*

David P. Hall, SBN 196891
dhall@carlsbadlawgroup.com
Randall D. Stepp SBN 333927
rstepp@carlsbadlawgroup.com
CARLSBAD LAW GROUP
Carlsbad, California 92008
Telephone: (858) 793-6244

*Attorneys for Defendants* SLATTERY, SOBEL & DECAMP, LLP, DEL MAR LAW GROUP, LLP, CARLSBAD LAW GROUP, LLP and JL "SEAN" SLATTERY, ESQ.

David A. Klein (admitted *Pro Hac Vice*)
lawofficesdakapc@aol.com
LAW OFFICES OF DAVID A. KLEIN, PC
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08034
Telephone: (856) 428-3383

E. Jay Gotfredson SBN 52428
jay@gotfredsonassociates.com
Gotfredson & Associates, APC
11755 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-1501
Telephone: (310) 478-0808

*Attorneys for Defendant and Counter-Claimant Intermarketing Media, LLC d/b/a RESORT ADVISORY GROUP*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PANDORA MARKETING, LLC d/b/a TIMESHARE COMPLIANCE, et al., <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM | Case No. 2:20-cv-05486-DSF-ADS <br><br> Assigned to Hon. Dale S. Fischer <br><br> **PURSUANT TO ORDER RE TRIAL PREPARATION (ECF 787):** <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL RE: ARGUMENT THAT DIAMOND IS NOT A COMPETITOR OF PANDORA OR RAG** |

**TO THE HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT COURT JUDGE:**

In this Court's Order re Trial Preparation (ECF 787), the Court directed Defendants Pandora Marketing, LLC dba Timeshare Compliance ("TSC"), Slattery, Sobel & Decamp, LLP, Del Mar Law Group, LLP, Carlsbad Law Group, LLP, and JL "Sean" Slattery and Defendant/Counter-Claimant Intermarketing Media, LLC, dba Resort Advisory Group ("RAG") (collectively "Defendants") to submit a brief explaining their theory that Diamond is not a competitor of Pandora or RAG.

Defendants hereby give notice to the Court and all parties that they withdraw the argument previously made in their Opposition to Diamond's Motions in Limine that Diamond is not a competitor of Pandora or RAG.

| | |
|---|---|
| Dated: September 1, 2023 | PANDA KROLL ESQ. & ASSOCIATES<br>By: /s/ Panda Kroll<br>Panda Kroll<br><br>*Attorneys for Defendant Pandora Marketing, LLC, dba Timeshare Compliance* |
| Dated: September 1, 2023 | LAW OFFICES OF DAVID A. KLEIN, PC<br>By: /s/ David A. Klein<br>David A. Klein<br><br>*Attorneys for Defendant and Counter-Claimant Intermarketing Media, LLC d/b/a RESORT ADVISORY GROUP* |
| Dated: September 1, 2023 | CARLSBAD LAW GROUP<br>By: /s/ David P. Hall<br>David P. Hall<br><br>*Attorneys for Defendants SLATTERY, SOBEL & DECAMP, LLP, DEL MAR LAW GROUP, LLP, CARLSBAD LAW GROUP, LLP and JL "SEAN" SLATTERY, ESQ.* |