# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, et al.,<br>  Plaintiffs,<br><br>    v.<br><br>PANDORA MARKETING, LLC, et al.,<br>  Defendants. | 2:20-cv-5486-DSF-ADSx<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE STAYED |
| AND ALL RELATED COUNTER-ACTIONS | |

  The Court has been advised that prosecution of this action against Pandora Marketing, LLC has been stayed by the filing of a bankruptcy petition.  See 11 U.S.C. § 362.

  The remaining parties are ordered to show cause why this action should – or should not – be stayed pending resolution of the bankruptcy proceeding in the interest of judicial economy.  A joint statement of the parties' positions is ordered to be filed no later than February 28, 2024.

IT IS SO ORDERED.

Date: February 13, 2024

_____

Dale S. Fischer
United States District Judge